## HITE GOLD QUARTZ CO. v. STERMONT SILVER MIN. CO.

### No. 8746; May 28, 1885.

7 Pac. 120.

**Appeal.—Appellant Having Failed to File Points and Authorities** within the time allowed, judgment affirmed.

APPEAL from the Superior Court of Mariposa County.

L. F. Jones for respondent; W. H. L. Barnes for appellant.

By the COURT.—It appearing that appellant has failed to file points and authorities within the time granted for that purpose, it is ordered that the order appealed from be affirmed.